# EXHIBIT "B"

**David Gillard, Jaclyn Stramiello, and Troy Pate,** *Individually, and on Behalf of all Others Similarly Situated who Consent to their Inclusion in a Collective Action*

v.

**Fleetmatics USA, LLC**

Case No.: 8:16-cv-00081-JDW-MAP (the "Lawsuit")

**NOTICE OF COLLECTIVE ACTION SETTLEMENT PURUSANT TO THE FAIR LABOR STANDARDS ACT (the "Notice")**

**THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT, THE HONORABLE JAMES D. WHITTEMORE.**

**To: You** (*the person that this letter was addressed to*), along with present and past employees of Fleetmatics USA, LLC ("Fleetmatics") who are, or were employed, as (1) Business Development Representatives or (2) Web Sales Representatives (as to both, excluding periods of time where you worked as a "Closer" a/k/a Sales Representative or in any other role) during the period from March 21, 2013 through January 31, 2016, and worked in excess of forty (40) hours in any workweek during the period of March 21, 2013 through January 31, 2016.

1.  **Purpose of this Notice**

You received this Notice because the Parties have negotiated a Collective Action and Settlement Agreement (the "Settlement") of overtime wage claims pending in the Lawsuit, as to which the Parties have stipulated that you are a present or former employee of a proposed putative class who is eligible to participate in the Settlement as a similarly situated employee. The Court has approved the Settlement and authorized by Court Order that you be notified about the existence of this collective action Settlement against your current or former employer, Fleetmatics USA, LLC. The Court and the Parties want you to know your rights under the Fair Labor Standards Act ("FLSA") as to a potential overtime wage claim you may have, and your rights to participate in this Settlement. In addition, you are being provided with instructions as to the procedures for participating in this Settlement. This Notice and its contents have been authorized by the above-styled Court. Although authorized, the Court has taken no position on the merits of this case, or as to the claims or defenses previously asserted by the Parties. The Court has approved the Settlement as fair and reasonable.

2.  **Description of the Lawsuit**

David Gillard, Jaclyn Stramiello and Troy Pate (the "Named Plaintiffs") filed a lawsuit on behalf of all similarly situated employees who are now or who were employed by Fleetmatics in the United States during the period of March 21, 2013 through January 31, 2016. The case is pending in the United States District Court for the Middle District of Florida, Tampa Division. The Named Plaintiffs are suing on behalf of themselves and also on behalf of all other employees and former employees who they allege are or were "similarly situated," meaning that they held the title of (1) Business Development Representative or (2) Web Sales Representative (as to

both, excluding periods of time when said employee held the title of a "Closer" a/k/a "Sales Representative" or another role). You are believed to have worked in one of the above referenced job titles during the relevant period. The Named Plaintiffs claim, through their lead attorney, Mitchell L. Feldman, of Feldman Law Group, P.A., that You should have been paid overtime for all hours you worked over 40 (in a given workweek) because You do not qualify for exemptions under the FLSA that would allow the Defendant not to have paid you overtime wages for each hour worked over 40 in a workweek. Furthermore, the Named Plaintiffs claim that whether treated as exempt or non-exempt from overtime, employees under either of the above titles were not paid for all overtime hours worked.

Fleetmatics is the Defendant in this case and denies the Named Plaintiffs' allegations, and denies that it violated the FLSA.

The Court has not decided whether Defendant has done anything wrong or whether this case would have eventually proceeded to trial. However, in order to avoid the costs of protracted litigation, the Parties have decided to settle this case on behalf of all members of a proposed putative class of similarly situated present and former employees. Under the Settlement, a formula was agreed to, and approved by the Court, which takes into account the following factors: (1) your length of employment with Fleetmatics during the applicable statute of limitations period; (2) the gross pay received by you during the period, minus non-compensable time; and (3) an approximation of the number of overtime hours worked based on the office in which you were employed. This formula results in an award to you of approximately $_____.

Should you choose to participate in this Settlement by taking the steps set forth below, one-half of your allocated settlement amount will be treated as taxable wages under the FLSA, and the other half will be treated as 1099 income. These settlement amounts will be transmitted to a Third Party Administrator agreed to by the Parties after the notice response deadline has passed. You now have a choice to assert your legal rights in this case.

3.     **Your Legal Rights & Options**

| YOUR LEGAL RIGHTS & OPTIONS | |
|---|---|
| **Ask to Be Included** | **Complete Opt-in Consent Form and Claims Administration Form.** By "opting in," you will receive the money stated above from the Settlement for your overtime, but you give up your right to separately sue Fleetmatics for the same legal claims brought in this lawsuit. Since this money is payment for wages, one-half of the money is subject to taxes and legal withholdings as W-2 income, while the other half is treated as 1099 income. Your participation in this Settlement is purely a voluntary opt-in process. |
| **Do Nothing** | **Do Nothing. Lose Nothing (except resulting from the passage of time).** By doing nothing, you retain your legal rights to bring a separate suit against Fleetmatics (within the applicable statute of limitations period, which is normally two years) for allegedly unpaid |

| | |
|---|---|
| | overtime compensation. However, you will then not be eligible to receive any money allocated for wages to you in this Settlement. |
| **Legal Representation if You Join** | If you choose to join in the lawsuit, you will be represented by the Named Plaintiffs through their attorneys as counsel for the putative class. By opting in, you specifically authorize Fleetmatics to send payment for your claim to the Third Party Administrator for final disbursement to you. |

To opt-in, you must complete the attached Declaration of Consent to Join and Claims Administration Forms and forward them to the attorneys designated in the form postmarked on or before the date on the Claims Administration Form. If you have any questions or concerns, please contact:

MITCHELL L. FELDMAN, ESQ.
FELDMAN LAW GROUP, P.A.
1715 N. WESTSHORE BLVD., SUITE # 400
TAMPA, FLORIDA 33607

**The law prohibits anyone from discriminating or retaliating against you for taking part in this case. If you believe that you have been penalized, disciplined, punished, threatened, intimidated, or discriminated against in any way as a result of your receiving this notification, your considering whether to complete and submit the Claims Administration Form, or your having submitted the Claims Administration Form, you may contact Feldman Law Group, P.A. at the number provided above or any lawyer of your choice.**

4.   <u>Right to a Lawyer</u>

The Named Plaintiffs, who are David Gillard, Jaclyn Stramiello, and Troy Pate, have hired the law firm of Feldman Law Group, P.A. to represent their interests and those who opt-in and elect to have this firm represent them as well. **You will not have to pay any attorneys' fees.** The attorney will receive a percentage of the recovery in this action. You are not required by law to hire Feldman Law Group, P.A. and You may represent yourself or independently hire your own law firm. Further information about this Notice may be obtained by writing or calling counsel for the Named Plaintiffs at the address and contact information listed above.

5.   <u>Review of the Settlement Agreement and Notice</u>. The Third Party Administrator has created a website which posts the Settlement Agreement and this Notice and Consent form at: __
_____. You may download the Consent Form there and review this Notice and the Settlement Agreement, along with the Order approving this Settlement (or preliminary approval of this Settlement).

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID GILLARD, JACLYN
STRAMIELLO, and TROY PATE,
*Individually and on behalf of all
Others similarly situated,*

Plaintiffs,

Case No: 8:16-cv-00081-JDW-MAP
216(b) Collective Action

v.

FLEETMATICS USA, LLC,

Defendant.
_____/

**<u>DECLARATION OF CONSENT TO JOIN COLLECTIVE
ACTION AND PARTICIPATE IN SETTLEMENT</u>**

I, _____ [please legibly provide your full legal name], elect to exercise my right to opt-in and join the above-styled Fair Labor Standards Act case.

I worked for Fleetmatics USA, LLC under the title or titles of Business Development Representative ("BDR") or Web Sales Representative and worked in excess of forty hours (40) per week in at least one week during the period March 21, 2013 through January 31, 2016.

I understand that by consenting to opt-into this case, I am foregoing my individual rights under the FLSA to claim wages, and accept the Settlement negotiated by the Plaintiffs and their attorney on my behalf. I have read the Notice and confirm that I accept the Settlement and my share of it as fair and reasonable. I am authorizing the Named Plaintiffs (David Gillard, Jaclyn Stramiello and Troy Pate), and their attorney, Mitchell L. Feldman, Esq., of Feldman Law Group, P.A., to take all action on my behalf to finalize this Settlement. I herein agree and consent to the Named Plaintiffs negotiating on my behalf.

I declare under penalty of perjury that the foregoing is true and correct.* This forms was executed on _____ [please provide today's date].

| | |
|---|---|
| **SIGNATURE:** | _____ |
| **MAILING ADDRESS:** | _____ |
| | _____ |
| **CITY, STATE, ZIP:** | _____ |
| **TELEPHONE NUMBER:** | _____ |

\*This form does *not* need to be notarized.

**PLEASE MAKE SURE THAT ALL OF THE REQUESTED INFORMATION IS INCLUDED ON YOUR FORM AND THAT YOUR HANDWRITING IS LEGIBLE.**

**ONCE YOU HAVE COPMLETED YOUR FORM, PLEASE SEND IT VIA U.S. MAIL, FAX, OR EMAIL IT TO THE THIRD PARTY ADMINISTRATOR, AS SOON AS POSSIBLE, AS LISTED BELOW:**

**[INSERT TPA'S CONTACT INFORMATION]**

**YOUR CONSENT FORM MUST BE FILED WITH THE COURT BY NO LATER THAN** [*insert 30 days from date of mailing*].

# CLAIMS ADMINISTRATION FORM

**David Gillard, Jaclyn Stramiello, and Troy Pate,** *Individually, and on Behalf of all Others Similarly Situated who Consent to their Inclusion in a Collective Action*

v.

**Fleetmatics USA, LLC**
Case No.: 8:16-cv-00081-JDW-MAP
(United States District Court for the Middle District of Florida, Fort Myers Division)

IN ORDER TO RECEIVE A MONETARY SHARE OF THE SETTLEMENT AMOUNT IN THIS CASE, YOU **MUST** COMPLETE, SIGN, AND SEND THIS FORM TO THE THIRD PARTY ADMINISTRATOR LISTED BELOW SO THAT IT IS RECEIVED **NO LATER THAN** _____ .

YOU MAY RETURN A COMPLETED AND SIGNED FORM BY MAIL OR FAX TO:

[INSERT TPA'S CONTACT INFORMATION]

I.   **Personal Information**

This is the most current contact information we have for you. Please make any necessary changes where indicated.

Changes, if any:

(NAME)                                   _____
(ADDRESS 1)                           _____
(ADDRESS 2)                           _____
(Telephone Number & E-mail)   _____

If you move, please send the Third Party Administrator your new address. It is your responsibility to keep a current address on file with the Third Party Administrator.

# CLAIMS ADMINISTRATION FORM

**David Gillard, Jaclyn Stramiello, and Troy Pate,** *Individually, and on Behalf of all Others Similarly Situated who Consent to their Inclusion in a Collective Action*

v.

**Fleetmatics USA, LLC**
Case No.: 8:16-cv-00081-JDW-MAP
(United States District Court for the Middle District of Florida, Fort Myers Division)

**II.   Verification and Consent to Join, and Acknowledgement of Release of Claims.**

*Verification.* I understand that, by signing below, I will receive my share of the settlement fund as described in the Class Notice to me for unpaid overtime, I understand that FLEETMATICS USA, LLC, has voluntarily agreed to pay me for this work, and will not retaliate against me for filing a claim for this payment.

*Consent to Join.* I further understand that by signing below, I am consenting to join this lawsuit for settlement purposes and participate in the claims administration process. I hereby designate the law firm of Feldman Law Group, P.A., to represent me and accept receipt of my settlement share on my behalf for final distribution to me. I consent and agree to be bound by the judgment as approved by my attorneys and approved by the Court as fair, reasonable, and adequate.

*Release of Claims.* Finally, I agree that, in exchange for the payment described in the Notice I received, I hereby and forever release and covenant not to sue, Fleetmatics, and, without limitation, each of its past, present and future owners, stockholders, parent corporations, related or affiliated companies, subsidiaries, officers, directors, shareholders, employees, agents, principals, heirs, representatives, accountants, attorneys, auditors, consultants, insurers and re-insurers, and its divisions, franchisees, successors and predecessors in interest, each of their company-sponsored employee benefit plans of any nature (including, without limitation, profit-sharing plans, pension plans, 401(k) plans and severance plans) and all of their respective officers, directors, shareholders, employees, insurers, administrators, fiduciaries, trustees and agents, in their individual and representative capacities, and any individual or entity which could be jointly liable with Fleetmatics (the "Released Parties") from the "Released Claims" as defined below.

The "Released Claims" are defined as: All claims, demands, rights, liabilities and causes of action of every nature and description whatsoever, whether known or unknown, suspected or unsuspected, that were asserted in the Lawsuit or that relate in any way to the classification of BDRs (also known as Web Sales Representatives) (together, BDRs) as exempt employees or the payment of overtime to the BDRs during the relevant period, whether in tort, contract, statute, rule, ordinance, order, regulation or otherwise, or that arise under the FLSA, any state wage and hour laws, whether for economic damages, non-economic damages, restitution, penalties, wages, liquidated damages, interest or attorneys' fees or costs arising out of the claims at issue, including the causes of action asserted in the Lawsuit relating to the alleged failure to pay overtime compensation to BDR's, as well as any claim, whether asserted or unasserted, for

failure to keep accurate records or failure to pay all earned wages, including overtime compensation.

Signature (*required*): _____

Print name: _____

Date: _____

ORLDOCS 14776427 9